```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>RUBEN Z GUTIERREZ JR<br><br><br><br><br><br><br><br>　　　　　Debtor | Chapter 13<br>Case No.  24-51583 MEH<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION<br>WITH CERTIFICATE OF SERVICE<br><br>341 Meeting Date: DECEMBER 2, 2024 @ 9:30 AM<br>Confirmation Hearing Date: DECEMBER 18, 2024<br>Confirmation Hearing Time: 1:30 PM<br>Place: Place: Telephonic or Video Only<br><br>Judge: M. Elaine Hammond |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The Trustee questions the feasibility of the Plan pursuant to 11 U.S.C. §1325(a)(6).  The Debtor is proposing plan payments of $100.00 per month for 36 ; however, this amount will be insufficient to cover the administrative expense of $1,290.83 per month to the Debtors attorney, as well as Trustee's fees.

2. The Debtor is not in compliance with 11 U.S.C. §521(a)(1)(B)(iii), as the Statement of Financial Affairs is incomplete.  The Debtor has omitted the amount paid to attorney prior to filing on question 16.  An amended Statement of Financial Affairs must be filed.

Trustee's Objection to Confirmation – 24-51583 MEH

3. The Trustee is unable to determine if the Plan is in compliance with 11 U.S.C. §1325(a)(4). The Trustee has filed a separate objection to the Debtor's claimed exemptions which must be resolved prior to the Trustee recommending confirmation.

4. The Trustee is unable to recommend confirmation because the length of the proposed plan is less than the applicable commitment period under 11 U.S.C. §1325(b)(4). *See* `In re Flores`, 735 F.3d 855 (9th Cir. 2013) (en banc). The Debtor is below-median and the current plan term is 33 months. The plan term needs to be 36 months.

5. The Trustee cannot recommend confirmation of the Plan because the Application for Compensation has not been filed.

6. The Debtor has not complied with the following provisions contained in General Order 34 of the United States Bankruptcy Court for the Northern District of California therefore the plan cannot be confirmed:
    a. The Debtor has failed to provide the Chapter 13 Trustee with Form NDC 1-3 Class 1 Checklist for each Class 1 creditor.
    b. The Debtor has failed to provide the Chapter 13 Trustee with Form NDC 1-4 Authorization to Release Information to Trustee.

Dated: November 21, 2024         /S/ Devin Derham-Burk
                                 _____
                                 Chapter 13 Trustee

Trustee's Objection to Confirmation – 24-51583 MEH

Case: 24-51583    Doc# 24    Filed: 11/21/24    Entered: 11/21/24 12:42:54    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 21, 2024.

Said envelopes were addressed as follows:

| | |
|---|---|
| RUBEN Z GUTIERREZ JR<br>P.O. BOX 3390<br>SAN JOSE, CA 95156SOQUEL, CA 95073 | LAW OFFICE OF AARON LIPTON<br>7690 B SOQUEL DR #156<br>APTOS, CA 95003 |

/S/ Tania Ribeiro
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 24-51583 MEH